UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

RUDOLPH BETANCOURT, Individually,

      Plaintiff,

vs.

FLANIGAN'S ENTERPRISES, INC.,      Case No. 0:22-cv-61760-AHS
a Florida Corporation,

      Defendant.

_____/

## NOTICE OF SETTLEMENT

THE PARTIES hereby notify the Court that they have reached an amicable settlement in this matter.  A settlement agreement has already been drafted and agreed upon, and is in the process of being signed by the respective parties. The parties expect to enter a stipulation for dismissal within 30 days.

**FOR THE PLAINTIFF:**
/s/John P. Fuller
John P. Fuller, Esq., FL Bar No. 0276847
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*

Dated: November 23, 2022

**FOR THE DEFENDANT:**
/s/H. Clay Roberts
H. Clay Roberts, Esq.
FL Bar No. 262307
Roberts & Basnuevo, P.A.
113 Almeria Avenue
Coral Gables, FL   33134
Telephone: (305) 442-1700
Facsimile: (305) 442-2559
roberts@robertspa.com

Dated: November 23, 2022